# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Donny Love,

Petitioner,

v.

Jason Gunther,

Respondent.

No. CV-25-00245-PHX-DWL

**ORDER**

Pending before the Court are Petitioner's Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 6) and the Report and Recommendation ("R&R") of the United States Magistrate Judge (Doc. 20). The R&R, which was issued on April 14, 2026, recommends that the amended petition "be either: [1] DISMISSED WITHOUT PREJUDICE for failure to exhaust administrative remedies or; [2] alternatively DISMISSED WITH PREJUDICE as Moot." (Doc. 20 at 9.) The R&R further provides that "the parties shall have fourteen (14) days from the date of service of a copy of this recommendation within which to file specific written objections with the Court." (*Id.*)

Here, no such objections have been filed and the 14-day deadline has expired. Thus, the Court adopts the R&R. *See, e.g., Thomas v. Arn*, 474 U.S. 140, 149-50 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."); *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[N]o

review is required of a magistrate judge's report and recommendation unless objections are filed."). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise.").

Accordingly,

**IT IS ORDERED** that the R&R's recommended disposition (Doc. 20) is **accepted**, that the Amended Petition (Doc. 6) is **dismissed without prejudice**, and that the Clerk of Court shall enter judgment accordingly.

Dated this 11th day of May, 2026.

_____
Dominic W. Lanza
United States District Judge

- 2 -